448 A.2d 1165

Commonwealth v. Brunner, Appellant.
Petition for Allowance of Appeal Denied Oct. 12, 1982.

Submitted January 5, 1982. Douglas M. Johnson, Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

The judgment of sentence is affirmed.